AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Linda J. Hughes

V.

Ford Motor Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-54-MEF

TO: (Name and address of Defendant)

Ford Motor Company
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. Bruce Petway
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL 35224

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/18/07