**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ford Motor Company
c/o Agent for Process
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
T. Jones                            1 Jones

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*

7005 1160 0002 3715 0358

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540