# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the Personal Representative of the Estate of MICHAEL W. HUGHES, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 1:07-CV-54-MEF |
| FORD MOTOR COMPANY, ) ) | |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on <u>February 22, 2007</u>, at 11:00 A.M. by telephone and was attended by:

    <u>D. Bruce Petway</u> on behalf of the Plaintiff;
    <u>De Martenson</u> on behalf of Defendant Ford Motor Company; and
    <u>Jeff Brown</u> on behalf of Defendant Ford Motor Company.

2.  **Pre-Discovery Disclosures.** The parties will exchange by <u>April 1, 2007</u>, the information required by Local Rule 26.1(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    •   Discovery will be needed on the following subjects:

        <u>For the Plaintiff</u>: Discovery regarding the design, manufacture and assembly of the fuel system for the subject vehicle, applicable FMVSS

testing, applicable Ford internal crash testing and proximate causation discovery.

<u>For the Defendant</u>:   Discovery will be needed on the accident facts, medical issues, proximate cause, Plaintiff defect claims, Plaintiff expert contentions and related information.

- All discovery commenced in time to be completed by <u>March 1, 2008</u>.

- Depositions of Plaintiff and Ford, including corporate representative depositions, are to be completed by <u>August 1, 2007</u>.

- Maximum of <u>40</u> Interrogatories by each party to any other party with Responses due <u>30 days</u> after service.

- Maximum of <u>30</u> Requests for Admissions by each party to any other party with Responses due <u>30 days</u> after service.

- Maximum of <u>15</u> depositions by Plaintiff and <u>15</u> depositions by Defendant.

- Reports from retained experts under Rule 26(a)(2) due:

  <u>From Plaintiff</u>, on or before <u>October 1, 2007</u>, with experts to be provided for deposition by <u>November 1, 2007</u>.

  <u>From Defendant</u>, on or before <u>December 1, 2007</u>, with experts to be provided for deposition by <u>January 15, 2008</u>.

- Supplementations under Rule 26(e) due on or before <u>February 15, 2008</u>.

- E-Discovery Issues - Electronic discovery issues were discussed, and all parties agreed to reserve any electronic discovery issues until a later date and agreed to meet and confer in attempts to resolve any electronic discovery issues without involvement of the Court, if possible.

4.  **Other Items.**

- The parties do not request a conference with the Court before entry of the Scheduling Order.

- The Plaintiff should be allowed until December 31, 2007, to join additional parties and until December 31, 2007, to amend the pleadings.

- The Defendant should be allowed until January 31, 2008, to join additional parties and until January 31, 2008, to amend the pleadings.

- All potentially dispositive Motions should be filed by January 31, 2008.

- Settlement cannot be realistically evaluated prior to November 1, 2007, and the attorneys have agreed to consider mediation as an alternative dispute resolution procedure.

- The parties request a Final Pre-trial Conference in April, 2008.

- Final lists of trial evidence under Rule 26(a)(3) should be due:

    From Plaintiff: Witnesses to be listed by January 15, 2008, and exhibits to be listed 20 days prior to trial (no bulk exhibits; exhibits must be properly described).

    From Defendant: Witnesses to be listed by January 15, 2008, and exhibits to be listed 20 days prior to trial (no bulk exhibits; exhibits must be properly described).

- The parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

- The case should be ready for trial by May 1, 2008; and the expected length of trial will be 8-10 trial days.

Date:  February     , 2007


| s/D. Bruce Petway, by consent | s/De Martenson |
|---|---|
| D. Bruce Petway | De Martenson |
|  | ASB:  7317-N69E |

ATTORNEY FOR PLAINTIFF:   ATTORNEY FOR DEFENDANT:
LINDA J. HUGHES, etc.           FORD MOTOR COMPANY.

D. Bruce Petway                  De Martenson
Lucas, Petway, Tucker & Wash, P.C.  Huie, Fernambucq & Stewart, LLP
Two Chase Corporate Drive        Three Protective Center - Suite 200
Suite 460                            2801 Highway 280 South
Birmingham, AL   35224          Birmingham, AL   35223-2484

Telephone:  (205) 733-1595      Telephone:  (205)  251-1193
Facsimile:   (205) 733-8683       Facsimile:   (205)  251-1256
E-Mail:      Bpetway@lawpc.com  E-Mail:      dm@hfsllp.com

- AND -

J. Stuart McAtee, Esquire
Lewis & McAtee, P.C.
205 20th Street North
Suite 315
Birmingham, AL   35203
Telephone:   (205) 254-3927