IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the Personal Representative of the Estate of MICHAEL W. HUGHES, deceased, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:07-CV-54-MEF ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT OF FORD MOTOR COMPANY

Comes now the Defendant, FORD MOTOR COMPANY ("Ford"), a Corporation, and pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement, respectfully showing to the Court as follows:

Ford has no parent corporation, nor does any publicly held corporation own 10% or more of Ford's stock.

s/David L. Brown, Jr.
Attorney for Defendant Ford Motor Company
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Bldg. 3
Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484
Ph: (205) 251-1193
Fax: (205) 251-1256
dlb@hfsllp.com

## CERTIFICATE OF SERVICE

       I hereby certify that on **5th** day of **March, 2007,** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

D. Bruce Petway, Esquire
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL   35224

J. Stuart McAtee, Esquire
Lewis & McAtee, P.C.
205 20th Street North
Suite 315
Birmingham, AL   35203

                                                    s/David L. Brown, Jr.
                                                    Of Counsel