## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LINDA HUGHES, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 1:07-CV-54-MEF |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PROTECTIVE ORDER

COMES NOW the Defendant, FORD MOTOR COMPANY, and moves this

Honorable Court to enter the enclosed Protective Order in compliance with the Health

Insurance Portability and Accountability Act of 1996 (HIPAA).

DONE this the _22nd_ day of _March_, 2007.

Respectfully submitted,

s/De Martenson
De Martenson
ASB: 7317-N69E
E-Mail:  dm@hfsllp.com


s/David L Brown, Jr.
David L. Brown, Jr.
ASB:  1312-I69D
E-Mail:  dlb@hfsllp.com

**Of Counsel:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, AL   35223-2484
Telephone:   (205) 251-1193
Facsimile:   (205) 251-1256

Attorneys for Defendant,
FORD MOTOR COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have served a copy of the above and foregoing Motion for Protective Order on the following attorneys of record by mailing a copy of same in the United States Mail, properly addressed and first-class postage prepaid, on this the <u>27th</u> day of <u>March, 2007</u>, and that the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed to the following:

D. Bruce Petway
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, Alabama 35224

J. Stuart McAtee
Lewis & McAtee, P.C.
205 20th Street North
Suite 315
Birmingham, Alabama 35203

s/De Martenson
Of Counsel

1116728

- 2 -

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

LINDA HUGHES, etc.,       )
                                 )
         Plaintiff,      )
                                 )
vs.                          ) CIVIL ACTION NO.: 1:07-CV-54-MEF
                                 )
FORD MOTOR COMPANY,     )
                                 )
        Defendant.     )

## HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and pro se parties to this lawsuit are permitted to obtain all health information relating to any individual who is a party to this case, or of any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee, and to obtain all information relative to payment for the provision of medical care to any such individual.   This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

**This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.    This Court Order is intended to authorize such disclosures under Section 164.512(e)(1) issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family, nor does this Order permit disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party.   This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceeding.

- 2 -

At the conclusion of this action and at the written request of an individual whose Protected Health Information has been disclosed, or such individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protective Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE and ORDERED,** this _____ day of _____, 2007.


_____
JUDGE

CC:   All counsel of record

- 3 -