IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA J. HUGHES, as the Personal Representative of the Estate of Michael W. Hughes, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | CASE NO. 1:07-CV-0054-MEF |
| **v.** | ) | |
| **FORD MORTOR COMPANY,** | ) ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S RULE 26 INITIAL DISCLOSURES

COMES NOW the plaintiff, Linda J. Hughes, by and through her attorney, and pursuant to Local Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Report of Parties' Planning Meeting, make the following Initial Disclosures:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to supports its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**RESPONSE:**

Linda Hughes c/o D. Bruce Petway, Lucas, Petway & Tucker, P.C., Two Chase Corporate Drive, Ste. 460, Birmingham, Alabama 35244.

Brian Simerly – Alabama State Trooper

Troy Silva – Alabama State Trooper

Treating physicians, nurses and medical personnel to be named at a later date.

Plaintiff reserves the right to supplement or amend its disclosures after further investigation and discovery.

(B) A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**RESPONSE:**

The vehicle – 1995 Ford F-150 VIN# 1FTEF14N5SLA09651 located at Weil Wrecker, Birmingham, Alabama.

Documents are in the possession of the defendant.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidential material not privileged or protected from disclosure, on which such computation is based, including bearing on the nature and extent of injuries suffered.

**RESPONSE:**

Plaintiff claims punitive damages as allowed under the Alabama wrongful death statute, as well as compensation for the physical and emotional pain and suffering of Michael W. Hughes from the time he was burned until his death.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy prt of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Plaintiff believes this section is not applicable. Plaintiff reserves the right to amend this section, if necessary.

Plaintiff reserves the right to supplement these disclosures in accordance with Rule 26(a) of the Federal Rules of Civil Procedure.

                                          Respectfully submitted,

                                          __/s/ D. Bruce Petway_____  
                                          D. Bruce Petway  
                                          Attorney for Plaintiff

OF COUNSEL:  
LUCAS, PETWAY & TUCKER, P.C.  
Two Chase Corporate Drive, Ste. 460  
Birmingham, AL 35244  
(205) 733-1595  
(205) 733-8683 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify on this the 10th day of April, 2007, that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, and that I have also mailed a copy of the foregoing to the following:

De Martenson, Esq.  
David L. Brown, Jr., Esq.  
Huie, Fernambucq & Stewart, LLP  
Three Protective Center – Suite 200  
2801 Highway 280 South  
Birmingham, AL 35223-2484

J. Stuart McAtee, Esq.  
Lewis & McAtee, P.C.  
205 20th Street North  
Ste. 315  
Birmingham, AL 53203

                                          ____/s/ D. Bruce Petway_____  
                                          OF COUNSEL