IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Linda J. HUGHES, as personal representative of the Estate of Michael W. Hughes, deceased | ) ) ) |
| Plaintiff | ) Case No.: **1:07-cv-54-MEF-CSC** ) |
| v. | ) Hon. Mark E. Fuller, presiding ) Hon. Charles S. Coody, presiding |
| FORD MOTOR COMPANY | ) ) ***Hearing Not Necessary*** |
| Defendant | ) |

### MOTION TO WITHDRAW

Comes now D. Bruce Petway and James Stuart McAtee, who move this Honorable Court for permission to withdraw their representation of the Plaintiff, Linda J. Hughes, in the above-styled action. The Movants have consulted with the Alabama Bar Association and have determined that professional considerations require termination of the representation pursuant to A.R.Pr.C. 1.16(a)(1) and one or more of the subsections of A.R.Pr.C. 1.16(b).

WHEREFORE, PREMISES CONSIDERED, the Movants respectfully request this Honorable Court to grant them permission to withdraw.

Respectfully submitted,

/s/ D. Bruce Petway
D. Bruce Petway
James Stuart McAtee

OF COUNSEL:
LUCAS, PETWAY & TUCKER, P.C.        LEWIS & MCATEE, P.C.
Two Chase Corporate Drive; Ste. 460        315 Frank Nelson Building
Birmingham, Alabama 35244        205 North 20th Street
(205)733-1595 phone        Birmingham, Alabama 35203
(205)733-8683 fax        (205)254-3927 phone
        (205)254-3939 fax

Certificate **of** Filing and Service

I hereby certify that on this the 13th day of September, 2007, I electronically filed the foregoing using the CM/ECF system, which will serve true and exact copies on David L. Brown, Jr., Esq. and Eugene D. Martenson, Esq.

/s/ D. Bruce Petway
*OF COUNSEL*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Linda J. **HUGHES,** as personal representative of the Estate of Michael W. Hughes, deceased<br><br>    Plaintiff<br><br>v.<br><br>**FORD MOTOR COMPANY**<br><br>    Defendant | )<br>)<br>)<br>) Case No.: **1:07-cv-54-MEF-CSC**<br>)<br>) Hon. Mark E. Fuller, presiding<br>) Hon. Charles S. Coody, presiding<br>)<br>)<br>) |

## ORDER

    Before the Court is the motion of D. Bruce Petway, Esq. and James Stuart McAtee, Esq., who request permission to withdraw their representation of the Plaintiff, Linda J. Hughes, in the above-styled action. The motion is GRANTED.

    DONE on this the ____ day of September, 2007.

 

                                                    _____
                                                  Chief Judge Mark Fuller