IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Linda J. **HUGHES,** as personal representative of the Estate of Michael W. Hughes, deceased )<br><br>Plaintiff<br><br>v.<br><br>**FORD MOTOR COMPANY**<br><br>Defendant | )<br>)<br>)<br>) Case No.: **1:07-cv-54-MEF-CSC**<br>)<br>) Hon. Mark E. Fuller, presiding<br>) Hon. Charles S. Coody, presiding<br>)<br>) **\*\*Hearing Not Necessary\*\***<br>) |

### MOTION TO EXTEND TIME

Comes now D. Bruce Petway and James Stuart McAtee, who, in light of their motion to withdraw, move this Honorable Court to extend all deadlines by ninety (90) days or some other reasonable period of time.

**WHEREFORE, PREMISES CONSIDERED,** the Movants respectfully request this Honorable Court to extend all deadlines ninety (90) days.

Respectfully submitted,

/s/ D. Bruce Petway
D.Bruce Petway
James Stuart McAtee

OF COUNSEL:
LUCAS, PETWAY & TUCKER, P.C.     LEWIS & MCATEE, P.C.
Two Chase Corporate Drive; Ste. 460    315 Frank Nelson Building
Birmingham, Alabama 35244       205 North 20th Street
(205)733-1595 phone          Birmingham, Alabama 35203
(205)733-8683 fax            (205)254-3927 phone
                   (205)254-3939 fax

### Certificate of Filing and Service

I hereby certify that on this the 13th day of September, 2007, I electronically filed the foregoing using the CM/ECF system, which will serve true and exact copies on David L. Brown, Jr., Esq. and Eugene D. Martenson, Esq.

/s/ D. Bruce Petway
*OF COUNSEL*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Linda J. **HUGHES,** as personal representative of the Estate of Michael W. Hughes, deceased )<br><br>Plaintiff<br><br>v.<br><br>**FORD MOTOR COMPANY**<br><br>Defendant | )<br>)<br>)<br>) Case No.: **1:07-cv-54-MEF-CSC**<br>)<br>) Hon. Mark E. Fuller, presiding<br>) Hon. Charles S. Coody, presiding<br>)<br>)<br>) |

### ORDER

Before the Court is the motion to extend deadlines by ninety (90) days. Said motion is GRANTED.

DONE on this the ___ day of September, 2007.

_____
Chief Judge Mark Fuller