IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA J. HUGHES, as the personal representative of the Estate of Michael W. Hughes, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:07-cv-0054-MEF |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Withdraw (Doc. #13) filed on September 13, 2007, it is hereby

ORDERED the motion is set for a hearing on September 27, 2007 at 4:30 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff and counsel for the plaintiff shall appear in person at said hearing. Counsel for plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

DONE this the 19th day of September, 2007.

                                                          /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE