IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the Personal Representative of the Estate of MICHAEL W. HUGHES, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:07-CV-54-MEF ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW the Defendant, Ford Motor Company ("Ford") and submits the following Motion to Enforce Settlement Agreement. This Defendant avers as follows:

1. The Complaint in this case was filed on January 17, 2007, and the Plaintiff, Linda Hughes alleged that the subject 1995 Ford F-150 was defective and unreasonably dangerous pursuant to the Alabama Extended Manufacturers Liability Doctrine. Plaintiff Hughes contends that the defect in the vehicle caused the death of Michael Hughes. (See Complaint).

2. The Plaintiff's deposition was scheduled for September 5, 2007. (See Re-Notice of Taking Deposition, attached hereto as Exhibit A). The attorneys for both parties began settlement discussions prior to the Plaintiff's deposition. In fact, the Plaintiff's deposition was continued so that the parties could further engage in additional settlement negotiations.

3.     On September 7, 2007, counsel for Defendant received a telephone call from Plaintiff's counsel indicating that his client would accept $60,000 for full and final settlement of her claims. Defense counsel wrote Plaintiff's counsel on September 7, 2007, confirming the telephone conversation and the final settlement of $60,000. (Correspondence dated September 7, 2007, attached hereto as Exhibit B).

4.     On or about September 12, 2007, defense counsel spoke with Plaintiff's counsel and Plaintiff's counsel indicated that his client no longer wanted to proceed with the agreed settlement of $60,000, and that Plaintiff's counsel would be filing a Motion to Withdraw from the case.

5.     On September 13, 2007, Plaintiff's counsel sent a letter via facsimile to defense counsel wherein Plaintiff's counsel confirmed that he was "given full authority by the Plaintiff, Mrs. Linda J. Hughes, and instructed to accept the $60,000 offer made by Ford to her in the above referenced case, and did so based on those instructions." (Correspondence attached hereto as Exhibit C).

6.     The parties have entered into a valid legally-enforceable settlement agreement and the Defendant respectfully requests the Court to enforce the settlement agreement. The substantive law in Alabama is clear in that "agreements made in settlement of litigation are as binding on parties thereto as any other contract. A settlement agreement once entered into cannot be repudiated by either party and will be summarily enforced." *Harris v. Prescott*, 911 So.2d 8 (Ala.Civ.App. 2005)(internal citations omitted). Under Alabama Code § 34-3-21 (1975), "an attorney has authority to bind his client in any action or proceeding, by any

agreement in relation to such case, <u>made in writing</u>, or by an entry made on the minutes of the Court." (emphasis added)  In the case at bar, the parties are bound as the settlement was confirmed in writing by defense counsel on September 7, 2007.  Furthermore, Plaintiff's counsel further confirmed in his correspondence of September 13, 2007, that he had full authority to agree to the settlement of the case from his client, and that a binding settlement had been reached.

7.  This settlement agreement having been reached between the parties is binding and constitutes a valid and enforceable contract made by the parties by and through their respective counsel of record.  Consequently, the settlement is due to be enforced.  Mere second thoughts or a change of mind by a litigant is insufficient to usurp the legally binding motive of the written settlement agreement in this action.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectively requests this Court to enter an Order requiring Plaintiff to take all necessary steps to consummate the settlement of this case within thirty (30) days and/or to suffer sanction of dismissal with prejudice.

Respectfully submitted,

s\David L. Brown, Jr.
De Martenson
David L. Brown

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone:   (205) 251-1193
Facsimile:   (205) 251-1256
E-Mail:      dm@hfsllp.com
             dlb@hfsllp.com

Attorneys for Defendant,
FORD MOTOR COMPANY

## ORAL ARGUMENT REQUESTED

This Defendant respectfully requests oral argument.

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

D. Bruce Petway, Esquire
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL   35224

J. Stuart McAtee, Esquire
Lewis & McAtee, P.C.
205 20th Street North
Suite 315
Birmingham, AL   35203

                              s\David L. Brown, Jr.
                              Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the Personal Representative of the Estate of MICHAEL W. HUGHES, deceased, ) ) ) ) ) ) Plaintiff, ) ) vs. ) ) FORD MOTOR COMPANY, ) ) Defendant. ) | CIVIL ACTION NO. 1:07-CV-54-MEF |

## RE-NOTICE OF TAKING DEPOSITION

Please take notice that at the below designated date, time and place, Defendant will take the deposition, upon oral examination, pursuant to the Alabama Rules of Civil Procedure, for the purpose of discovery or for use at the trial of this case of that person named below. This deposition will be taken before <u>Jodi Dubose of Freedom Court Reporting</u> who is authorized to administer oath and take deposition.

**DEPONENT:** Linda J. Hughes*

**DATE:** September 5, 2007

**TIME:** 1:00 p.m.

**PLACE:** Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL   35224

*Deponent is requested to produce and make available for inspection and copying at the deposition the documents and things as described in the attached Exhibit "A".

EXHIBIT A

Respectfully submitted,

_____
De Martenson
David L. Brown

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone:   (205) 251-1193
Facsimile:    (205) 251-1256
E-Mail:        dm@hfsllp.com
                    dlb@hfsllp.com

Attorneys for Defendant,
FORD MOTOR COMPANY.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the following parties by placing same in the United States Mail, postage prepaid and properly addressed on this 30th day of August, 2007:

D. Bruce Petway, Esquire
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL  35224

J. Stuart McAtee, Esquire
Lewis & McAtee, P.C.
205 20th Street North
Suite 315
Birmingham, AL  35203

_____
Of Counsel

# EXHIBIT "A"

AT THE TIME OF YOUR DEPOSITION YOU ARE COMMANDED TO PRODUCE THE FOLLOWING:

1. Complete State and Federal Income Tax Returns for the years 2000 - present.

2. All photographs of the scene of the accident, the vehicle and injuries suffered by the Plaintiff and/or Plaintiff's decedent.

3. A complete copy of all documents of sale for the vehicle in question including, but not limited to, bill of sale, owner manual, and all other documents dealing with the purchase of the subject vehicle.

4. Any and all maintenance and repair records for the vehicle from the time of your purchase - present.

5. Any and all letters, writings, or notice received by you indicating any subrogation claim by medical care providers.

# HUIE, FERNAMBUCQ & STEWART, LLP
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| EUGENE D. MARTENSON | GREGORY L. SCHUCK | THREE PROTECTIVE CENTER | CHARLES J. FLEMING, JR. | ALSO MEMBER |
| STANLEY A. CASH | PHILIP R. COLLINS | 2801 HIGHWAY 280 SOUTH | S.A. BRADLEY BAKER, III | *GEORGIA BAR |
| JAMES R. SHAW | THOMAS E. BAZEMORE, III | SUITE 200 | JASON M. KIRSCHBERG | **KENTUCKY BAR |
| ROBERT M. GIRARDEAU | R. GORDON SPROULE, JR.* | BIRMINGHAM, ALABAMA 35223-2484 | M. JEREMY DOTSON | ***MISSISSIPPI BAR |
| JOHN S. CIVILS, JR. | MARTHA LEACH THOMPSON | TELEPHONE (205) 251-1193 | JOSEPH R. DUNCAN, JR. | |
| FRANK E. LANKFORD, JR. | PAUL F. MALEK** | FACSIMILE (205) 251-1256 | DAVID M. FLEMING | |
| M. KEITH GANN | H. CANNON LAWLEY | WWW.HFSLLP.COM | JEFFREY N. WINDHAM | THOMAS B. HUIE |
| CHARLES H. CLARK, JR. | ANNA-KATHERINE G. BOWMAN | | JAMES R. LAWRENCE, III | 1915-1990 |
| JOHN D. HERNDON | JANE G. HALL | | JOHN I. SOUTHERLAND | WILLIAM B. FERNAMBUCQ |
| J. ALLEN SYDNOR, JR. | C. JEFFERY ASH | | DOUGLAS R. KENDRICK | 1922-1997 |
| D. ALAN THOMAS | JENNIFER D. SEGERS | | JACOB W. CRAWFORD | CHARLES A. STEWART, JR. |
| WILLIAM G. GANTT | MICHELLE K. PIERONI | September 7, 2007 | J. BRANNON MANER | 1923-1983 |
| T. KELLY MAY | BRADLEY J. MCGIBONEY | | GORDON J. BRADY, III | |
| CHRISTOPHER S. RODGERS | DAVID L. BROWN, JR. | | R. CADE PARIAN | |
| WALTER J. PRICE, III | J. PATRICK STRUBEL | | MICHAEL T. SCIVLEY | |
| H. LANIER BROWN, II | GERALD C. BROOKS, JR.*** | | LUCAS G. MONTGOMERY | |

<u>Via Facsimile and U.S. Mail</u>

D. Bruce Petway, Esquire
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL  35224

    Re:    *Linda J. Hughes, etc. v. Ford Motor Company*
            United States District Court-Middle District-Southern Division
            Civil Action No. 1:07-CV-54-MEF

Dear Bruce:

    This letter will confirm that we have reached a settlement of this matter for $60,000. Of course, the settlement and release of funds are going to be contingent upon execution of a settlement agreement and release by you and your client and the signing of a Joint Stipulation of Dismissal with Prejudice. I also need you to provide me with your firm tax identification number for issuance of the settlement check. If this meets with your approval, please sign below and return back to me.

                                  Sincerely,

                                  HUIE, FERNAMBUCQ & STEWART, LLP

                                  By _____
                                       David L. Brown, Jr.

DLBjr:sbh


_____
Linda Hughes, Plaintiff


_____
D. Bruce Petway, Attorney for Plaintiff


EXHIBIT B

# LUCAS, PETWAY & TUCKER, P.C.

ATTORNEYS AT LAW

TWO CHASE CORPORATE DRIVE
SUITE 460
BIRMINGHAM, ALABAMA 35244

ROGER L. LUCAS
D. BRUCE PETWAY
WILLIAM C. TUCKER, JR.

(205) 733-1595
FAX (205) 733-8683

September 13, 2007

David L. Brown, Jr., Esq.
Huie, Fernambucq
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, AL 35223

Re:  *Hughes v. Ford Motor Company*
     **CASE NO. 1:07-CV-0054-MEF**
     **United States District Court Middle District Southern Division**

Dear David:

This is to confirm that I was given full authority by the plaintiff, Mrs. Linda J. Hughes, and instructed to accept the $60,000 offer made by Ford to her in the above referenced case, and did so based on those instructions. This is to further inform you that I have attached my Motion to Withdraw based on the Ethical and Professional considerations set out in A.R.Pr.C. 1.16(a)(1) and A.R.Pr.C. 1.16(b). I have attached a courtesy copy of the Motion to Withdraw as well as the Motion to Extend Time being filed this day.

With best personal regards, I am

Sincerely yours,

D. Bruce Petway

DBP/ejs
Enclosures
cc:  De Martenson, Esq.
     Stuart McAtee, Esq.


EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Linda J. HUGHES, as personal representative of   )
   the Estate of Michael W. Hughes, deceased  )
                                                                    )
       Plaintiff                              )
                                              ) Case No.: **1:07-cv-54-MEF-CSC**
v.                                                  )
                                              ) Hon. Mark E. Fuller, presiding
**FORD MOTOR COMPANY**             ) Hon. Charles S. Coody, presiding
                                              )
      Defendant                           ) ***Hearing Not Necessary***
                                              )

## MOTION TO WITHDRAW

    Comes now D. Bruce Petway and James Stuart McAtee, who move this Honorable Court for permission to withdraw their representation of the Plaintiff, Linda J. Hughes, in the above-styled action. The Movants have consulted with the Alabama Bar Association and have determined that professional considerations require termination of the representation pursuant to A.R.Pr.C. 1.16(a)(1) and one or more of the subsections of A.R.Pr.C. 1.16(b).

    **WHEREFORE, PREMISES CONSIDERED**, the Movants respectfully request this Honorable Court to grant them permission to withdraw.

                                             Respectfully submitted,

                                             /s/ D. Bruce Petway
                                             D. Bruce Petway
                                             James Stuart McAtee

*OF COUNSEL:*
LUCAS, PETWAY & TUCKER, P.C.
Two Chase Corporate Drive; Ste. 460    LEWIS & MCATEE, P.C.
Birmingham, Alabama 35244             315 Frank Nelson Building
(205)733-1595 phone                     205 North 20th Street
(205)733-8683 fax                       Birmingham, Alabama 35203
                                       (205)254-3927 phone
                                       (205)254-3939 fax

### Certificate of Filing and Service

    I hereby certify that on this the 13th day of September, 2007, I electronically filed the foregoing using the CM/ECF system, which will serve true and exact copies on David L. Brown, Jr., Esq. and Eugene D. Martenson, Esq.

                                           /s/ D. Bruce Petway
                                           ***OF COUNSEL***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Linda J. HUGHES, as personal representative of the Estate of Michael W. Hughes, deceased )<br><br>Plaintiff<br><br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant | )<br>)<br>)<br>) Case No.: **1:07-cv-54-MEF-CSC**<br>)<br>) Hon. Mark E. Fuller, presiding<br>) Hon. Charles S. Coody, presiding<br>)<br>) **\*\*Hearing Not Necessary\*\***<br>) |

## MOTION TO EXTEND TIME

Comes now D. Bruce Petway and James Stuart McAtee, who, in light of their motion to withdraw, move this Honorable Court to extend all deadlines by ninety (90) days or some other reasonable period of time.

**WHEREFORE, PREMISES CONSIDERED**, the Movants respectfully request this Honorable Court to extend all deadlines ninety (90) days.

Respectfully submitted,

/s/ D. Bruce Petway
D. Bruce Petway
James Stuart McAtee

OF COUNSEL:
LUCAS, PETWAY & TUCKER, P.C.
Two Chase Corporate Drive; Ste. 460
Birmingham, Alabama 35244
(205)733-1595 phone
(205)733-8683 fax

LEWIS & MCATEE, P.C.
315 Frank Nelson Building
205 North 20th Street
Birmingham, Alabama 35203
(205)254-3927 phone
(205)254-3939 fax

## Certificate of Filing and Service

I hereby certify that on this the 13th day of September, 2007, I electronically filed the foregoing using the CM/ECF system, which will serve true and exact copies on David L. Brown, Jr., Esq. and Eugene D. Martenson, Esq.

/s/ D. Bruce Petway
*OF COUNSEL*