IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the personal representative of the Estate of Michael W. Hughes, deceased, )<br><br>Plaintiff, )<br>v. )<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. ) | CASE NO. 1:07-cv-0054-MEF |

## **O R D E R**

This cause is before the Court on the Motion to Withdraw (Doc. #13) filed by counsel for Plaintiffs on September 13, 2007, and on the Motion to Enforce Settlement Agreement (Doc. # 16) filed on September 21, 2007, by Defendant. It is hereby ORDERED as follows:

1. The hearing on the Motion to Withdraw previously set on September 27, 2007 at 4:30 P.M. is CONTINUED to **October 19, 2007** at 2:00 P.M.

2. The Motion to Enforce Settlement Agreement is set for a hearing on October 19, 2007 at 2:00 P.M.

3. The October 19, 2007 hearing will be held in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

4. All counsel of record shall attend the October 19, 2007 hearing.

5. Plaintiff, Linda Hughes shall attend the October 19, 2007 hearing. Failure to appear as direct could result in the dismissal of her claims for want of prosecution.

6. Counsel for plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

7. The Clerk of the Court is DIRECTED to send a copy of this Order to Plaintiff, Linda Hughes, at the following address: 4490 Cedar Springs Road, Ashford, AL 36312.

DONE this the 26th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE