IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the personal representative of the Estate of Michael W. Hughes, deceased, )<br><br>Plaintiff, )<br>v. )<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. ) | CASE NO. 1:07-cv-0054-MEF |

## **O R D E R**

It is hereby ORDERED that the October 19, 2007 hearing set on the Joint Motion to Withdraw (Doc. #13) filed on September 13, 2007 and on the Motion to Enforce Settlement Agreement (Doc. #16) filed on September 21, 2007, is continued to **October 31, 2007** at **11:00 A.M.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff and counsel for the plaintiff shall appear in person at said hearing. It is further ORDERED that counsel for plaintiff shall ensure that the plaintiff receive a copy of this Order.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE