IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LINDA J. HUGHES, as the personal representative of the Estate of Michael W. Hughes, deceased, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-0054-MEF |
| ) | |
| FORD MOTOR COMPANY, ) ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that:

1. The plaintiff shall have her new attorneys, if any, file a notice of appearance on or before December 3, 2007.

2. The Motion to Enforce Settlement Agreement (Doc. # 16) is set for an evidentiary hearing on January 3, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. The Plaintiff shall appear at the hearing and the hearing will go forward whether or not Plaintiff has obtained counsel by that date.

3. The Clerk of the Court shall send a copy of this Order by certified mail to the Plaintiff and an electronic notice of the order to Plaintiff's former counsel. Plaintiff's former counsel shall make themselves available at the evidentiary hearing to testify.

DONE this the 31st day of October, 2007.

                                                   /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE