IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA J. HUGHES, as the personal representative of the Estate of Michael W. Hughes, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:07-cv-0054-MEF |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for May 22, 2008 is rescheduled for May 15, 2008 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 28th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE