IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Linda J. Hughes ,  )
**Plaintiff,**            )
                          )  2007 DEC 18 A 10: 28
v.                        )  CASE NO. 1:07-CV-00054-ME7
                          )  CASE NO. 00-3047
Ford Motor Company ,      )
**Defendants,**           )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12-17-2007
**Date**

Linda Jane Hughes
**(Signature)**

_____
(Counsel's Name)

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Linda J. Hughes_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _me_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _17_ day of _Dec_ 20_07_, to:

_____

_____

_____

_____

_____

_12-17-07_
Date

_Linda J. Hughes_
Signature