## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | |
|---|---|
| **LINDA J. HUGHES**, as the Personal Representative of the Estate of **MICHAEL W. HUGHES**, deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 1:07-CV-54-MEF<br>) |
| **FORD MOTOR COMPANY**, | )<br>) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff and Defendant, by agreement, and show unto the Court that the parties have resolved by compromise settlement all claims made by Plaintiff against Defendant and desire this Court to enter an Order dismissing all claims of the Plaintiff against Defendant with prejudice, with each party to bear its own respective cost of Court.

Executed this the 20th day of February, 2008.

s/D. Bruce Petway
D. Bruce Petway
Attorney for Plaintiff

**OF COUNSEL**:
Lucas, Petway, Tucker & Wash, P.C.
Two Chase Corporate Drive
Suite 460
Birmingham, AL  35224

s/David L. Brown, Jr.
De Martenson
David L. Brown, Jr.

- 2 -

                                              Attorneys for Defendant, Ford Motor Company

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone:    (205) 251-1193
Facsimile:     (205) 251-1256
E-Mail:        dm@hfsllp.com
                dlb@hfsllp.com